BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@whitecase.com
SHAMITA D. ETIENNE-CUMMINGS (Cal. Bar No. 202090)
setienne@whitecase.com
JENNIFER P. GOSSAIN (Cal. Bar No. 254174)
jgossain@whitecase.com
**WHITE & CASE LLP**
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  650.213.0300
Facsimile:  650.213.8158

ATTORNEYS FOR PLAINTIFF
CENZIC INC.

WHITE & CASE LLP
ATTORNEYS AT LAW

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CENZIC INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NT OBJECTIVES INC.,<br><br>Defendant. | CIVIL CASE NO.: 11-CV-00693-JSW<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER; DECLARATION OF BIJAL V. VAKIL IN SUPPORT OF THE SAME<br><br>JURY TRIAL DEMANDED |

## STIPULATED REQUEST FOR ORDER CHANGING TIME

Pursuant to Local Rule 6-2 of the Local Rules for the Northern District of California, Plaintiff Cenzic Inc. ("Cenzic") and Defendant NT OBJECTives, Inc. ("NTO"), by and through their respective counsel of record, jointly request the Court to reschedule the case management conference ("CMC") from May 27, 2011 to June 17, 2011. The parties hereby jointly request the Court to reschedule the CMC because the parties are, in good faith, working towards a settlement of this dispute. This short continuance will provide additional time to continue these discussions to reduce the burdens on the Court. The Declaration of Bijal V. Vakil, provides the information required by Civil L.R. 6-2(a)(1)-(3).

Dated: May 17, 2011  Respectfully submitted,

By: */s/ Bijal V. Vakil*
BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@whitecase.com
SHAMITA D. ETIENNE-CUMMINGS (Cal. Bar No. 202090)
setienne@whitecase.com
JENNIFER P. GOSSAIN (Cal. Bar No. 254174)
jgossain@whitecase.com
**WHITE & CASE LLP**
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

ATTORNEYS FOR PLAINTIFF
CENZIC INC.

Dated: May 17, 2011      Respectfully submitted,

By: */s/ Joseph K. Liu*
JOSEPH K. LIU (Cal. Bar No. 216227)
WILLIAM J. O'BRIEN (Cal. Bar No. 99526)
ONE LLP
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, CA 92660
Email: jliu@onellp.com
Email: wobrien@onellp.com
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

ATTORNEYS FOR DEFENDANT
NT OBJECTIVES, INC

The Court finds that the Stipulated Request for an Order Changing Time is well taken and should be GRANTED.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: May 18, 2011      _/s/ Jeffrey S. White_
Honorable Jeffrey S. White
United States District Court Judge