UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clear Form

Cenzic Inc.

                          CASE NO. 3:11-cv-00693-JSW

           Plaintiff(s),

     v.                          STIPULATION AND [PROPOSED]
NTOBJECTives Inc.                          ORDER SELECTING ADR PROCESS

          Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☑ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR (*please identify process and provider*) _____

_____

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☑ other requested deadline  September 15, 2011, per the Court's June 17, 2011 minute order.

Dated: July 19, 2011                                    Bijal V. Vakil
                                                Attorney for Plaintiff

Dated: July 19, 2011                                    Joseph K. Liu
                                                Attorney for Defendant

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☑ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☑ other  September 15, 2011

IT IS SO ORDERED.

Dated: July 20, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE