BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@whitecase.com
SHAMITA D. ETIENNE-CUMMINGS (Cal. Bar No. 202090)
setienne@whitecase.com
JENNIFER P. GOSSAIN (Cal. Bar No. 254174)
jgossain@whitecase.com
**WHITE & CASE LLP**
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  650.213.0300
Facsimile:  650.213.8158

ATTORNEYS FOR PLAINTIFF
CENZIC INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CENZIC INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>NT OBJECTIVES INC.,<br><br>          Defendant. | CIVIL CASE NO.: 11-CV-00693-JSW<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER; DECLARATION OF BIJAL V. VAKIL IN SUPPORT OF THE SAME<br><br>JURY TRIAL DEMANDED |

PALOALTO 110809 (2K)              1              STIPULATED REQUEST FOR ORDER CHANGING TIME
                                                  CASE NO.: 11-CV-00693-JSW

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

Pursuant to Local Rule 6-2 of the Local Rules for the Northern District of California, Plaintiff Cenzic Inc. ("Cenzic") and Defendant NT OBJECTives, Inc. ("NTO"), by and through their respective counsel of record, jointly request a brief extension in the case schedule as follows:

| Date | Revised Date | Event |
| --- | --- | --- |
| July 18, 2011 | August 9, 2011 | P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions<br>P.R. 3-2 Document Production Accompanying Disclosure |
| August 18, 2011 | September 9, 2011 | P.R. 3-3 Invalidity Contentions<br>P.R. 3-4 Document Production Accompanying Invalidity Contentions |
| September 9, 2011 | September 16, 2011 | P.R. 4-1 Exchange of Proposed Terms for Construction |

No other dates as set in the Court's June 17, 2011 Order (Dkt. # 24) would be affected. For the Court's convenience, the remaining dates, which are unchanged, are set forth below.

| Date | Event |
| --- | --- |
| September 30, 2011 | P.R. 4-2 Exchange of Preliminary Claim Construction and Extrinsic Evidence |
| October 21, 2011 | P.R. 4-3 Joint Claim Construction and Prehearing Statement |
| November 23, 2011 | P.R. 4-4 Completion of Claim Construction Discovery |
| December 23, 2011 | P.R. 4-5(a) Claim Construction Briefs – Opening Brief by the party asserting patent infringement |
| January 27, 2012 | P.R. 4-5(b) Claim Construction Briefs – Responsive Brief by opposing party |
| February 17, 2012 | P.R. 4-5(c) – Claim Construction Brief – Reply Brief by the party asserting patent infringement |
| March 6, 2012 | Technical Tutorial |
| March 13, 2012 | P.R. 4-6 Claim Construction Hearing |

The parties hereby jointly request the Court to for a brief extension in the case schedule because the parties have been, in good faith, focusing on working towards a settlement of this dispute in the hopes of reducing the burdens on the Court. As of today, the parties have not yet been able to reach agreement. This short extension affecting only the exchange of infringement contentions, invalidity contentions and proposed claim terms for construction will allow the parties to proceed with litigation while continuing settlement discussions without impacting the

WHITE & CASE LLP
ATTORNEYS AT LAW

rest of the case schedule. The Declaration of Bijal V. Vakil, provides the information required by Civil L.R. 6-2(a)(1)-(3).

Dated: July 22, 2011                     Respectfully submitted,

By: */s/ Bijal V. Vakil*
   BIJAL V. VAKIL (Cal. Bar No. 192878)
   bvakil@whitecase.com
   SHAMITA D. ETIENNE-CUMMINGS (Cal. Bar No. 202090)
   setienne@whitecase.com
   JENNIFER P. GOSSAIN (Cal. Bar No. 254174)
   jgossain@whitecase.com
   **WHITE & CASE LLP**
   5 Palo Alto Square, 9th Floor
   3000 El Camino Real
   Palo Alto, CA 94306
   Telephone: (650) 213-0300
   Facsimile: (650) 213-8158

   ATTORNEYS FOR PLAINTIFF
   CENZIC INC.

Dated: July 22, 2011                     Respectfully submitted,

By: */s/ Joseph K. Liu*
   JOSEPH K. LIU (Cal. Bar No. 216227)
   WILLIAM J. O'BRIEN (Cal. Bar No. 99526)
   ONE LLP
   4000 MacArthur Boulevard
   West Tower, Suite 1100
   Newport Beach, CA 92660
   Email: jliu@onellp.com
   Email: wobrien@onellp.com
   Telephone: (949) 502-2870
   Facsimile: (949) 258-5081

   ATTORNEYS FOR DEFENDANT
   NT OBJECTIVES, INC

The Court finds that the Stipulated Request for an Order Changing Time is well taken and should be GRANTED.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: July 25, 2011

_____
Honorable Jeffrey S. White
United States District Court Judge

PALOALTO 110809 (2K)

4

STIPULATED REQUEST FOR ORDER CHANGING TIME
CASE NO.: 11-cv-00693-JSW