BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@whitecase.com
SHAMITA D. ETIENNE-CUMMINGS (Cal. Bar No. 202090)
setienne@whitecase.com
JENNIFER P. GOSSAIN (Cal. Bar No. 254174)
jgossain@whitecase.com
**WHITE & CASE LLP**
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650.213.0300
Facsimile: 650.213.8158

ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANT
CENZIC INC.

JOSEPH K. LIU (Cal. Bar No. 216227)
jliu@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

WILLIAM J. O'BRIEN (Cal. Bar No. 99526)
wobrien@onellp.com
**ONE LLP**
301 Arizona Ave., Suite 250
Santa Monica, CA 90401
Telephone: (310) 866.5158
Facsimile: (310) 943.2085

ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM-CLAIMANT
NT OBJECTIVES, INC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENZIC INC.,<br><br>          Plaintiff,<br><br>    vs.<br><br>NT OBJECTIVES INC.,<br><br>          Defendant. | CIVIL CASE NO.: 11-CV-00693-JSW<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS<br><br>JURY TRIAL DEMANDED |

PALOALTO 111667 (2K)

1  Having reviewed and considered Plaintiff and Counterclaim-Defendant Cenzic Inc. ("Cenzic") and Defendant and Counterclaim Claimant NTOBJECTives, Inc. ("NTO")'s Joint Motion to Dismiss, the Court HEREBY ORDERS:

All of Cenzic's claims against NTO and all of NTO's counterclaims against Cenzic in the action pending before Judge Jeffrey S. White, *Cenzic, Inc. v. NTOBJECTives, Inc.*, Case No. 11-cv-00693-JSW, are dismissed with prejudice, subject to the confidential terms and conditions of the settlement agreement between the Parties.

IT IS SO ORDERED.

Dated: September 30, 2011

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE